```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01447
   THOMAS G GLOS
   SANDRA M GLOS                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-5818    SSN XXX-XX-0129
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/29/07 and confirmed on 04/16/07.

2. The case was dismissed after confirmation, 01/22/2009.

3. The Debtor paid a total of $ 10200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 7755.52 | .00 | 7755.52 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2052.71 | .00 | .00 |
| APPLIED CREDIT BANK | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 649.94 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 839.44 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 241.67 | .00 | .00 |
| EMERGENCY CARE GROUP OF | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 884.71 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 121.44 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1311.81 | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 6297.42 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| MUSIC & ARTS | UNSECURED | 864.32 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PERFORMANCE CAPITAL MANA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| RETAILER'S NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
TRG ACCOUNT SERVICES       UNSECURED          461.25              .00            .00
CAPITAL ONE BANK           UNSECURED              .00              .00            .00
CAPITAL ONE BANK           UNSECURED              .00              .00            .00
INTERNAL REVENUE SERVICE FILED LATE               .00              .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      7755.52      2052.71     11672.00         .00     21480.23
PRINCIPAL PAID          7755.52          .00          .00         .00      7755.52
INTEREST PAID               .00          .00          .00         .00          .00
TOTAL PAID              7755.52          .00          .00         .00      7755.52
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   3000.00
and was paid $   1000.00   direct and $   2000.00   through the plan.

The Trustee received $     444.48 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 03/11/09                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE